**Order entered April 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00139-CR**

**EX PARTE PABLO CHAVEZ**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX21-90111**

**ORDER**

Before the Court is the State's April 15, 2021 motion to abate the appeal. We **GRANT** the State's motion.

The State contends abatement is necessary under rule of appellate procedure 44.4 to allow the trial court to make a record showing whether State's Exhibit 14, a police report, should be admitted into evidence and become part of the appellate record. The State represents it discovered State's Exhibit 14 after the hearing on appellant's habeas application and forwarded it to the defense and the trial court. The State represents the trial court acknowledged by email receiving the exhibit several days before issuing its order denying habeas relief.

State's Exhibit 14 has been filed with the Court and appellant relies upon it in his appellate brief, but the State contends it is not properly included in the appellate record because it was not admitted into evidence at the habeas hearing.

To address the State's contention, we **ORDER** the trial court to conduct proceedings and make written findings of fact and conclusions of law regarding whether the trial court considered State's Exhibit 14 in reaching its decision to deny habeas relief and whether State's Exhibit 14 should be admitted into evidence as part of the record on appeal.

We **ORDER** the trial court to file a supplemental clerk's record containing its written findings within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated when the findings are received or at such other time as the Court deems appropriate. The Court will set a new due date for filing the State's brief upon reinstatement of the appeal.

We **DIRECT** the Clerk of the Court to transmit copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; and to counsel for the parties.

/s/     DENNISE GARCIA
JUSTICE

–2–